UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DAKOTA GREDE, *et. al.*
on behalf of themselves and
all others similarly situated,

      Plaintiff,

v.

KRAFT HEINZ FOODS COMPANY

      Defendant

Case No. 22-cv-1103

## JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

Lead Named Plaintiffs, Dakota Grede and Steve Moffett, and Named Plaintiffs, Patricia Montanez, Melinda Wright, Devin Crooms, Steve Brandt, Clyde Bell, LaGregory Bonner, Brian Beranek, Krystal Buckley, Ashley Merry, David Valykeo, Latrecia Adams, JoAnn Wyble, and Melissa Farmer, on behalf of themselves and all others similarly situated, and Defendant, Kraft Heinz Foods Company, jointly move this Court for preliminary approval of the parties' settlement in this matter in accordance with the parties' signed "Settlement Agreement & Release," attached hereto as Exhibit A (hereinafter "Settlement Agreement").

For settlement purposes only, the parties seek certification of a class under Fed. R. Civ. P. 23 ("Rule 23") and pursuant to the wage laws of the States of Arkansas, California, Delaware, Florida, Iowa, Illinois, Indiana, Michigan, Minnesota, Missouri, New York, Ohio, Oregon, South Carolina, Texas, Virginia, and Wisconsin.

The Rule 23 class is defined as: "All individuals who worked as hourly-paid, non-exempt employees at Defendant between September 22, 2019, and July 1, 2024, in the following States:

Arkansas; California; Delaware; Florida; Iowa; Illinois; Indiana; Michigan; Minnesota; Missouri; New York; Ohio; Oregon; South Carolina; Texas; Virginia; and Wisconsin." (Exhibit A, p. 2, ¶ G.)

In all, there were a total of approximately 41,766 individuals who worked as hourly-paid, non-exempt employees at Defendant between these dates and in these States, (*id.* at ¶ 3.1(C)), and these individuals are defined as "Putative Class Members" in accordance with the parties' Settlement Agreement and will receive the parties' Notice Packet in a form substantially similar to that of Exhibit A to the Settlement Agreement. (*Id.* at ¶ 1.18.) "Class Members," then, are those individuals "who do not affirmatively opt-out of the Litigation within 45 days following service of the Notice Packet." (*Id.* at ¶ 1.2.)

Ultimately, the parties believe that the Settlement Agreement is fair, reasonable, and adequate because it fully satisfies this Court's criteria for class action settlements. As such, the parties respectfully request that this Court:

1. Approve the parties' Settlement Agreement, (ECF No. 43-1), as a fair, reasonable, and adequate resolution of a bona fide dispute under the wage laws of the States of Arkansas, California, Delaware, Florida, Iowa, Illinois, Indiana, Michigan, Minnesota, Missouri, New York, Ohio, Oregon, South Carolina, Texas, Virginia, and Wisconsin;

2. Certify this matter as a class action under FED.R.CIV.P. 23 for purposes of settlement only;

3. Appoint Lead Named Plaintiffs, Dakota Grede and Steve Moffett, and Named Plaintiffs, Patricia Montanez, Melinda Wright, Devin Crooms, Steve Brandt, Clyde Bell, LaGregory Bonner, Brian Beranek, Krystal Buckley, Ashley Merry, David Valykeo, Latrecia Adams, JoAnn Wyble, and Melissa Farmer, as Class Representatives;

4. Appoint Walcheske & Luzi, LLC and Nilges Draher LLC as Class Counsel pursuant to FED.R.CIV.P. 23(g);

5. Appoint Analytics LLC as the Settlement Administrator;

6. Approve the Notice Packet in the form of Exhibit A for distribution to all Putative Class Members;

7. Order that the Notice Packet to be sent to all Putative Class Members constitutes the best notice practicable under the circumstances, and constitutes valid, due, and sufficient notice to Putative Class Members in full compliance with the requirements of applicable law, including the Due Process clause of the United States Constitution;

8. Order that each Putative Class Member who wishes to be excluded from the Litigation must opt-out per the instructions set forth in the Notice Packet and that their response must be postmarked within forty-five (45) days of mailing of the Notice Packet;

9. Order that any Putative Class Member who has not properly and timely requested exclusion from the Litigation shall be bound by this Agreement when the Court issues a Final Order;

10. Schedule a Fairness Hearing in approximately ninety (90) to one-hundred and twenty (120) days from the date of the Court's Order;

11. Direct that any Motions, including but not limited to a Motion for Approval of Attorneys' Fees and Costs, a Motion for Approval of Service Awards, and a Joint Motion for Final Settlement Approval, must be filed with the Court no later than twenty-one (21) days prior to the Fairness Hearing; and

12. Direct that any Putative Class Member who wishes to object in any way to this Agreement must file and serve such written objections on all parties, including the Settlement Administrator, per the instructions set forth in the Notice Packet no later than fourteen (14) days prior to the Fairness Hearing, together with copies of all papers in support of his or her position. The Notice Packet shall state that the Court will not consider objections of any Putative Class Member who has not properly served copies of his or her objections on a timely basis.

Dated this 12th day of July, 2024

| | |
|---|---|
| WALCHESKE & LUZI, LLC<br>Counsel for Plaintiffs | FOLEY & LARDNER, LLP<br>Counsel for Defendant |

*s/ Scott S. Luzi*
Scott S. Luzi, WI SBN 1067405
David M. Potteiger, WI SBN 1067009
WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
E-Mail: sluzi@walcheskeluzi.com
E-Mail: dpotteiger@walcheskeluzi.com

NILGES DRAHER LLC
Counsel for Plaintiffs

*s/ Robi J. Baishnab*
Robi J. Baishnab, OH SBN 0086195
NILGES DRAHER LLC
1360 East 9th Street, Suite 808
Cleveland, Ohio 44114
Telephone: (216) 230-2944
E-Mail: rbaishnab@ohlaborlaw.com

*s/ Daniel A. Kaplan*
Daniel A. Kaplan, WI SBN 1018122
Katelynn M. Williams, WI SBN 1090438
FOLEY & LARDNER, LLP
150 East Gilman Street, Suite 5000
Madison, Wisconsin 53703
Telephone: (608) 258-4231
E-Mail: dkaplan@foley.com
E-Mail: kmwilliams@foley.com