UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAKOTA GREDE, et al.,
on behalf of themselves and all
others similarly situated,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 22-cv-1103

KRAFT HEINZ FOODS COMPANY,

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

      **IT IS HEREBY ORDERED AND ADJUDGED** that the parties' Settlement Agreement and Release, ECF No. 43-1, is **APPROVED** as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), and represents a fair and reasonable resolution of a *bona fide* wage dispute.

      **IT IS FURTHER ORDERD** that Plaintiffs' Motion for Approval of Service Awards, ECF No. 52, is **GRANTED** and service awards in the amount of $25,000.00 to Lead Named Plaintiff, Dakota Grede; in the amount of $15,000.00 to Lead Named Plaintiff, Steve Moffett; $2,000.00 each to Named Plaintiffs Patricia Montanez and Krystal Buckley; and $1,000.00 each to Named Plaintiffs Melinda Wright, Devin Crooms, Steve Brandt, Clyde Bell, LaGregory Bonner, Brian Beranek, Ashley Merry, David Valykeo, Latrecia Adams, JoAnn Wyble, and Melissa Farmer, are hereby **APPROVED**.

      **IT IS FURTHER ORDERED** that Plaintiffs' Motion for Approval of Attorneys' Fees and Costs, ECF No. 48, is **GRANTED** and counsel's requested award of attorneys' fees and costs in the total amount of $5,025,000.00 is hereby **APPROVED**.

**IT IS FUTHER ORDERED** that this matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

Approved and dated at Milwaukee, Wisconsin on November 6, 2024.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge


GINA M. COLLETTI
Clerk of Court

s/ *Julie Dreckmann*
(By) Deputy Clerk